# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY BRANDON,<br>    Plaintiff,<br>v.<br>LVMPD, *et al.*,<br>    Defendants. | Case No.: 2:20-cv-00464-RFB-DJA<br><br>**Order** |

Pending before the Court is pro se Plaintiff Henry Brandon's Motion to File Electronically (ECF No. 7), filed on April 29, 2020.  A *pro se* litigant may request authorization to register as an electronic filer in a specific case.  Local Rule IC 2-2(b).  The Court will grant the request contingent on the following: Plaintiff must complete the CM/ECF tutorial and Plaintiff must review the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]  Further, Plaintiff must establish a CM/ECF account.

IT IS HEREBY ORDERED that Plaintiff Henry Brandon's Motion to File Electronically (ECF No. 7) is **granted**.

IT IS FURTHER ORDERED that Plaintiff must comply with the following procedures to activate his CM/ECF account:

> (1) By May 29, 2020, Plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that he is not authorized to file

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1

electronically until this certification is filed with the court within the time frame specified.

(2) After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated: May 6, 2020

_____
Daniel J. Albregts
United States Magistrate Judge