UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY BRANDON,<br><br>    Plaintiff,<br><br>v.<br><br>LVMPD, *et al*.,<br><br>    Defendants. | Case No.: 2:20-cv-00464-RFB-DJA<br><br>**ORDER** |

Pending before the Court is pro se Plaintiff Henry Brandon's Motion for Status Hearing (ECF No. 40) and Motion for 30 days to Recover Filings and Evidence (ECF No. 41), both filed on July 24, 2020. Plaintiff also filed an Errata to his Motion ECF No. 41 (ECF Nos. 49-50) on July 30, 2020. This matter is also before the Court on Plaintiff's Second Motion for Case Status Hearing (ECF No. 46) and Motion for Plaintiff to Respond (ECF No. 47), both filed on July 29, 2020. To date, no response was filed by any Defendant. The Court finds these matters are properly resolved without a hearing. LR 78-1.

Plaintiff requests various forms of relief including a status hearing with the Court. It is within the Court's discretion to determine if a status hearing is necessary in this action. LR 16-2. The Court declines to grant Plaintiff's request. He appears to allege some conspiracy is being acted upon by Wynn Resort and his computer along with DVDs that Plaintiff believes contain evidence are not within his possession. Plaintiff cannot obtain an advisory opinion from the Court on how to conduct discovery in this case; he must review the Federal Rules of Civil Procedure along with the Local Rules in order to prosecute his case.

Further, Plaintiff requests that the Court provide copies of filings and evidence at "no cost to plaintiff." (ECF No. 46). The Court is not responsible for providing free copies of court filings

to litigants. 28 U.S.C. § 1915. Copies produced from an electronic format (CM/ECF) are $.10 per page; copies produced from a physical format are $.50 per page. The Court cannot provide copies or mailing service for parties. If Plaintiff wishes to receive copies of electronically filed documents from the Court from CM/ECF, the cost is $0.10 per page. Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914. The Court is not also obligated to procure any evidence that Plaintiff claims exists in support of his case. As noted above, Plaintiff must proceed through the discovery process to obtain any evidence he believes that he needs for this action.

Finally, the Court notes that the above filings by Plaintiff are largely duplicative – if not exactly the same document – and lack citation to proper points and authority. Plaintiff is still required to comply with the Federal and Local Rules and is advised that future conduct violative of those rules may subject him to sanctions.

**IT IS HEREBY ORDERED** that Plaintiff Henry Brandon's Motion for Status Hearing (ECF No. 40) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for 30 days to Recover Filings and Evidence (ECF No. 41) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Second Motion for Case Status Hearing (ECF No. 46) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Plaintiff to Respond (ECF No. 47) is **denied**.

Dated: August 18, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge