UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HENRY BRANDON, PRO SE,<br><br>Plaintiff,<br><br>v.<br><br>LVMPD, STEVE WYNN, WYNN RESORT,<br><br>Defendants. | Case No. 2:20-cv-00464-RFB-DJA<br><br>**ORDER** |

Before the Court is Defendant's Stipulation and Order for Dismissal with Prejudice. ECF No. 75. Parties stipulated, requested, and jointly moved the Court to dismiss this case as to all defendants with prejudice, each party to bear its own fees and costs.

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Stipulation and Order for Dismissal with Prejudice (ECF No. 75) is granted and this action is dismissed with prejudice. All other pending motions in this case are denied as moot. The Clerk of Court is instructed to close this case.

DATED: October 30, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Court**